IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EARL JASPER                                                                                          PLAINTIFF

v.                                        No. 5:05CV00178 GH

UNION PACIFIC RAILROAD COMPANY                                              DEFENDANT

## ORDER

By order filed on July 5th, the Court granted plaintiff's motion to withdraw his application to proceed in forma pauperis and directed him to pay the required $250.00 filing fee to the Clerk of the Court within fifteen days of the file-date of that order. He was placed on notice that the failure to comply with that directive would result in the case being dismissed without prejudice.

The docket sheet reflects that a copy of the July 5th order was mailed to plaintiff on July 7th. The Court has checked with the Clerk's office and confirmed that plaintiff never paid the filing fee as directed.  Accordingly, the case is hereby dismissed without prejudice.

IT IS SO ORDERED this 15th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE